| 1 | JEREMY J. THOMPSON |
| - | - |
| 2 | Nevada Bar No. 12503 |
|   | CLARK HILL PLLC |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
|   | Las Vegas, NV 89169 |
| 4 | Tel: (702) 862-8300 |
|   | Fax: (702) 862-8400 |
| 5 | Email: jthompson@clarkhill.com |
|   | *Attorney for Defendant* |
| 6 | *Equifax Information Services LLC* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| DAWN MINTUN, | ) |  |
|---|---|---|
|  | ) | Case No. 2:19-cv-00033-JAD-NJK |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **STIPULATION OF EXTENSION OF** |
|  | ) | **TIME FOR DEFENDANT EQUIFAX** |
|  | ) | **INFORMATION SERVICES LLC TO** |
| EQUIFAX INFORMATION SERVICES LLC; | ) | **FILE ANSWER** |
| EXPERIAN INFORMATION SOLUTIONS, | ) |  |
| INC.; AND PHH MORTGAGE ICE CENTER, | ) | **FIRST REQUEST** |
|  | ) |  |
| Defendants. | ) |  |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 28, 2019 through and including **February 11, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. Equifax agrees to participate in a 26(f) conference if one is scheduled during the pendency of this extension. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 25th day of January, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: Jan. 28, 2019

- 2 -