Joel Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Defendant PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN V. MINTUN,<br><br>Plaintiff<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PHH MORTGAGE ICE CENTER,<br><br>Defendants. | CASE NO: 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 1]** |

Defendant, PHH Mortgage ICE Center, ("PHH Mortgage") and Plaintiff Dawn V. Mintun, hereby stipulate and agree that PHH has up to and including March 6, 2019 to respond to Plaintiff's Complaint (ECF No. 1), to provide PHH Mortgage time to investigate Plaintiff's allegations, to evaluate potential settlement and, if needed, to prepare a response. In the event that Plaintiff seeks to conduct the Fed. R. Civ. P. 26(f) case conference prior to PHH Mortgage responding to the Complaint, counsel for PHH Mortgage will participate in the conference.

[Continued on next page]

This is the first request for an extension, and is made in good faith and not for purposes of delay.

DATED this 4th day of February, 2019.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Miles N. Clark<br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>*Attorneys for Plaintiff* | By: /s/ Justin A. Shiroff<br>Joel E. Tasca, Esq.<br>Justin A. Shiroff, Esq.<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com<br>Email: shiroffj@ballardspahr.com<br><br>*Attorneys for Defendant, PHH Mortgage ICE Center* |

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: Feb. 5, 2019