JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND PHH MORTGAGE ICE CENTER,<br><br>    Defendants. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 8, 2019 through and including **February 22, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. Equifax agrees to participate in a 26(f) conference if one is scheduled during the pendency of this extension. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 11th day of February, 2019.

    CLARK HILL PLLC

    By: /s/ Jeremy J. Thompson
    Jeremy J. Thompson
    Nevada Bar No. 12503
    3800 Howard Hughes Pkwy, Suite 500
    Las Vegas, NV 89169
    Tel: (702) 862-8300
    Fax: (702) 862-8400
    Email: jthompson@clarkhill.com

    *Attorneys for Defendant Equifax Information Services LLC*

    ***No opposition***

    /s/ Miles N. Clark
    Matthew I. Knepper, Esq.
    Nevada Bar No. 12796
    Miles N. Clark, Esq.
    Nevada Bar No. 13848
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129
    Phone: (702) 825-6060
    FAX: (702) 447-8048
    Email: matthew.knepper@knepperclark.com
    Email: miles.clark@knepperclark.com

    *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: Feb. 12, 2019