Joel Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Defendant PHH Mortgage Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN V. MINTUN,<br><br>Plaintiff<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PHH MORTGAGE ICE CENTER,<br><br>Defendants. | CASE NO: 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Defendant, PHH Mortgage ICE Center, ("PHH Mortgage") and Plaintiff Dawn V. Mintun, previously stipulated that PHH had up to and including March 6, 2019 to respond to Plaintiff's Complaint (ECF No. 1). (ECF No. 11). This Court granted that Stipulation on February 5, 2019. (ECF No. 12).

In order to continue to evaluate potential settlement and, if necessary, prepare a response to the Complaint, PHH Mortgage and Plaintiff hereby stipulate to that PHH shall have up to and including April 8, 2019 to submit its response to the Complaint, if necessary. PHH further agrees to continue participating in the Rule 26 scheduling process, as well as responding to properly served discovery.

1    This is the second request for an extension, and is made in good faith and not
2    for purposes of delay.
3        DATED this 7th day of March, 2019.

HAINES & KRIEGER, LLC

By: /s/ Miles N. Clark
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Joel E. Tasca, Esq.
Justin A. Shiroff, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Email: tasca@ballardspahr.com
Email: shiroffj@ballardspahr.com

*Attorneys for Defendant, PHH Mortgage ICE Center*

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: March 8, 2019