# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAWN MINTUN,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al*.,

    Defendant(s).

Case No.: 2:19-cv-00033-JAD-NJK

**Order**

[Docket No. 20]

Pending before the Court is Defendant Experian Information Solution's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 20; *see also* Docket No. 16. A response shall be filed no later than March 19, 2019, and any reply shall be filed no later than March 21, 2019.

IT IS SO ORDERED.

Dated: March 13, 2019

                                          Nancy J. Koppe
                                          United States Magistrate Judge