Cheryl L. O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
coconnor@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND PHH MORTGAGE ICE CENTER,<br><br>Defendants. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 26]**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 4, 2019<br>FAC filed: March 12, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Dawn Mintun ("Plaintiff"), by and through their counsel of record, hereby submit this stipulation to extend time for Experian to file its reply in support of its motion to dismiss filed on March 26, 2019 (ECF No. 26) pursuant to LR IA 6-1.

Plaintiff filed her First Amended Complaint on March 12, 2019. (ECF No. 19). Experian filed its motion to dismiss on March 26, 2019. (ECF No. 26). Plaintiff filed her opposition to

| | |
|---|---|
| 1 | Experian's motion to dismiss on April 8, 2019. (ECF No. 31). Currently, Experian's reply in |
| 2 | support of its motion to dismiss is due April 15, 2019. Plaintiff and Experian stipulate and agree |
| 3 | that Experian shall have a one-week extension or until April 22, 2019, to file its reply in support of |
| 4 | its motion to dismiss. |

This is Experian's first request for an extension of time to file its reply in support of its motion to dismiss and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to respond to the arguments set forth in Plaintiff's opposition and taking into account several other filings that Experian has due around this time in this District.

DATED this 10th day of April 2019.

| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
|---|---|
| By: */s/ Miles N. Clark* <br> Matthew I. Knepper (NBN 12796) <br> Miles N. Clark (NBN 13848) <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 | By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Andrew J. Sharples <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 |
| David H. Krieger (NBN 9086) <br> HAINES & KRIEGER <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV 89123 | Cheryl L. O'Connor <br> Nevada Bar No. 14745 <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612-4408 |
| *Attorneys for Plaintiff Dawn Mintun* | *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |

**IT IS SO ORDERED.**

]Dated: April 11, 2019.

_____
UNITED STATES DISTRICT JUDGE