Cheryl L. O'Connor
Nevada Bar No. 14745
Jennifer Sun (*Admitted pro hac vice*)
California Bar No. 238942
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
coconnor@jonesday.com
jennifersun@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND PHH MORTGAGE ICE CENTER,<br><br>    Defendants. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br>[First Request]<br><br>FAC Filed: March 12, 2019<br><br>**ORDER** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time to respond to the operative complaint. The parties stipulate as follow:

1. On March 30, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 60, hereinafter "the Order").

2. The Court ordered that Plaintiff shall have until April 20, 2020, to file a second amended complaint should Plaintiff elect to do so. (*Id.*).

3. At this juncture, Plaintiff is still evaluating whether she will be filing a second amended complaint.

4. To the extent Plaintiff files a second amended complaint, Experian's response shall be due May 4, 2020.

5. To the extent Plaintiff does not file a second amended complaint by April 20, 2020, Experian's response to the First Amended Complaint shall be due May 4, 2020.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>jbraster@nblawnv.com<br>asharples@nblawnv.com<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Miles N. Clark*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger (NBN 9086)<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Dawn Mintun* |

**IT IS SO ORDERED.**

Dated: April 7, 2020.

_____
UNITED STATES DISTRICT JUDGE