Cheryl L. O'Connor
Nevada Bar No. 14745
Jennifer Sun (*Admitted pro hac vice*)
California Bar No. 238942
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    (949) 851-3939
Facsimile:     (949) 553-7539
coconnor@jonesday.com
jennifersun@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone:    (702) 420-7000
Facsimile:     (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN MINTUN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND PHH MORTGAGE ICE CENTER,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>**[First Request]**<br><br>FAC Filed:         March 12, 2019<br>**ORDER** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time to file second-amended complaint.  The parties stipulate as follow:

1. On March 30, 2020, the Court entered an order granting in part and denying in part Experian's motion to dismiss, among other rulings. The Court also granted Plaintiff leave to amend certain claims. (ECF No. 60, hereinafter "the Order").

2. The Court ordered that Plaintiff shall have until April 20, 2020, to file a second-amended complaint should Plaintiff elect to do so. (*Id.*).

3. Plaintiff may file a second-amended complaint.

4. Respectfully, Experian intends to file a motion for reconsideration pursuant to LR 59-1 on or before April 27, 2020.

5. The parties agree that for the sake of judicial economy and to avoid duplicative motion practice, the deadline for Plaintiff to file a second-amended complaint shall be tolled until 14 days after the Court rules on Experian's to-be-filed motion for reconsideration or further order of the Court.

6. To the extent the Court denies the parties' requested relief set forth in paragraph 5 above, Plaintiff shall have a 14-day extension to file a second-amended complaint, or until May 4, 2020, in light of a personal, emergency matter involving hospitalization of Plaintiff's lead counsel.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 17th day of April, 2020. | KNEPPER & CLARK LLC |
| NAYLOR & BRASTER | By: */s/ Miles N. Clark* |
| By: */s/ Jennifer L. Braster* | Matthew I. Knepper (NBN 12796) |
| Jennifer L. Braster (NBN 9982) | Miles N. Clark (NBN 13848) |
| Andrew J. Sharples (NBN 12866) | 5510 So. Fort Apache Rd, Suite 30 |
| jbraster@nblawnv.com | Las Vegas, NV 89148 |
| asharples@nblawnv.com | |
| 1050 Indigo Drive, Suite 200 | David H. Krieger (NBN 9086) |
| Las Vegas, NV 89145 | HAINES & KRIEGER |
| | 8985 S. Eastern Avenue, Suite 350 |
| *Attorneys for Defendant* | Las Vegas, NV 89123 |
| *Experian Information Solutions, Inc.* | |
| | *Attorneys for Plaintiff Dawn Mintun* |

**IT IS SO ORDERED.**

Dated: April 21, 2020.

_____
UNITED STATES DISTRICT JUDGE