Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN MINTUN,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S COUNTERCLAIM**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 4, 2019 |

Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, and Defendant Experian Information Solutions, Inc., ("Experian") have agreed and stipulated to the following:

1. On January 4, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On February 27, 2019, Experian filed a Motion to Dismiss Plaintiff's Complaint [ECF Dkt. 16].

3. On March 12, 2019, Plaintiff filed her First Amended Complaint [ECF Dkt. 19].

4. On March 26, 2019, Experian filed a Motion to Dismiss the First Amended Complaint [ECF Dkt. 26].

5. On May 4, 2020, Plaintiff filed a Second Amended Complaint [ECF Dkt. 66].

6. On May 18, 2020 Experian filed an Answer to Plaintiff's Second Amended Complaint and Counterclaim [ECF Dkt. 69].

7. Plaintiff's Response is due June 2, 2020.

8. Plaintiff and Experian have agreed to extend Plaintiff's response twenty-one (21) days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing.

9. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to plead or otherwise respond to Experian's Counterclaim until **June 23, 2020**.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

10. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated May 29, 2020

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer L. Braster, Esq., SBN 9982 |
| Miles N. Clark, Esq., SBN 13848 | Andrew J. Sharples, Esq., SBN 12866 |
| 5510 So. Fort Apache Rd, Suite 30 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER, LLC** | **JONES DAY** |
| George H. Haines, Esq., SBN 9411 | Cheryl L. O'Connor, Esq., SBN 14745 |
| 8985 S. Eastern Avenue, Suite 350 | 3161 Michelson Drive |
| Las Vegas NV 89123 | Irvine, CA 92612 |
| Email: ghaines@hainesandkrieger.com | Email: coconnor@jonesday.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR PLAINTIFF
TO RESPOND TO EXPERIAN'S COUNTERCLAIM**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/29/2020