1  Cheryl L. O'Connor
   Nevada Bar No. 14745
2  Jennifer Sun (*Admitted pro hac vice*)
   California Bar No. 238942
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612.4408
   Telephone:    (949) 851-3939
5  Facsimile:     (949) 553-7539
   coconnor@jonesday.com
6  jennifersun@jonesday.com

7  Jennifer L. Braster
   Nevada Bar No. 9982
8  Andrew J. Sharples
   Nevada Bar No. 12866
9  NAYLOR & BRASTER
   1050 Indigo Drive, Suite 200
10 Las Vegas, NV 89145
   Telephone:    (702) 420-7000
11 Facsimile:     (702) 420-7001
   jbraster@naylorandbrasterlaw.com
12 asharples@naylorandbrasterlaw.com

13 *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*
14

15              **UNITED STATES DISTRICT COURT**

16                    **DISTRICT OF NEVADA**

17
   DAWN MINTUN,                          Case No. 2:19-cv-00033-JAD-NJK
18
                Plaintiff,               **ORDER GRANTING DEFENDANT**
19                                       **EXPERIAN INFORMATION**
        v.                               **SOLUTIONS, INC. AND PLAINTIFF'S**
20                                       **STIPULATION TO EXTEND**
   EQUIFAX INFORMATION SERVICES,         **DISPOSITIVE MOTION DEADLINE**
21 LLC; EXPERIAN INFORMATION
   SOLUTIONS, INC.; AND PHH              **[First Request]**
22 MORTGAGE ICE CENTER,
                                         FAC Filed:        March 12, 2019
23              Defendants.

24

25       Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of

26 record, and Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, hereby

27 submit this stipulation to extend the time to file dispositive motions.  The parties stipulate as

28 follows:

1      1.      On June 17, 2020, the Court entered the Discovery Plan and Scheduling Order,

2   setting a dispositive motion deadline of November 16, 2020.  (ECF No. 82).

3      2.      The parties have engaged in settlement discussions, which are ongoing.  The

4   parties agree to a 3-week extension of the dispositive motion deadline, or until December 7, 2020,

5   to allow further settlement discussions and to avoid the incurrence of more attorneys' fees and

6   costs should those settlement discussions prove fruitful.

7      3.      This extension is not for purposes of delay but rather to allow for further

8   settlement discussions and potential resolution of this matter.

9

10   **IT IS SO STIPULATED.**

11   DATED this <u>10th</u> day of November, 2020.          KNEPPER & CLARK LLC

12   NAYLOR & BRASTER                          By: */s/ Miles N. Clark*
                                                   Matthew I. Knepper (NBN 12796)
13   By: */s/ Jennifer L. Braster*                 Miles N. Clark (NBN 13848)
        Jennifer L. Braster (NBN 9982)            5510 So. Fort Apache Rd, Suite 30
14      Andrew J. Sharples (NBN 12866)            Las Vegas, NV 89148
        jbraster@nblawnv.com
15      asharples@nblawnv.com                     David H. Krieger (NBN 9086)
        1050 Indigo Drive, Suite 200             HAINES & KRIEGER
16      Las Vegas, NV 89145                       8985 S. Eastern Avenue, Suite 350
                                                   Las Vegas, NV 89123
17      *Attorneys for Defendant*
        *Experian Information Solutions, Inc.*
18                                                 *Attorneys for Plaintiff Dawn Mintun*

19   **IT IS SO ORDERED.**

20   Dated this 12 day of November, 2020.          _____
                                                   UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28