Cheryl L. O'Connor
Nevada Bar No. 14745
Jennifer Sun (*Admitted pro hac vice*)
California Bar No. 238942
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    (949) 851-3939
Facsimile:     (949) 553-7539
coconnor@jonesday.com
jennifersun@jonesday.com

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone:    (702) 420-7000
Facsimile:     (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br><br>                    Plaintiff,<br><br>           v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND PHH MORTGAGE ICE CENTER,<br><br>                    Defendants. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[Second Request]**<br><br>FAC Filed:        March 12, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time to file dispositive motions.  The parties stipulate as follows:

1. On June 17, 2020, the Court entered the Discovery Plan and Scheduling Order, setting a dispositive motion deadline of November 16, 2020. (ECF No. 82).

2. On November 10, 2020, the parties submitted a stipulation and proposed order to extend the dispositive motion deadline to December 7, 2020, in light of ongoing settlement discussions. (ECF No. 87). The Court thereafter ordered the dispositive motion deadline be continued to December 7, 2020. (ECF No. 88).

3. The parties' settlement discussions still are ongoing. Further, Experian filed a Motion for Reconsideration of the Court's partial denial of its motion to dismiss, which stands fully briefed. (ECF No. 65).

4. Adjudication of Experian's Motion for Reconsideration may moot the need to file dispositive motions as to Plaintiff's claims, or at a minimum, affect any dispositive motions.

5. As such, taking into consideration judicial economy and conservation of attorneys' fees and costs, the parties agree to extend the deadline to file dispositive motions until thirty (30) days after a decision on Experian's Motion for Reconsideration. (ECF No. 65).

6. This extension is not for purposes of delay but rather to allow for further settlement discussions as well as to account for the pending Motion for Reconsideration, which will likely impact any dispositive motions.

**IT IS SO STIPULATED.**

DATED this 18th day of November, 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>   Jennifer L. Braster (NBN 9982)<br>   Andrew J. Sharples (NBN 12866)<br>   jbraster@nblawnv.com<br>   asharples@nblawnv.com<br>   1050 Indigo Drive, Suite 200<br>   Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Miles N. Clark*<br>   Matthew I. Knepper (NBN 12796)<br>   Miles N. Clark (NBN 13848)<br>   5510 So. Fort Apache Rd, Suite 30<br>   Las Vegas, NV 89148<br><br>   David H. Krieger (NBN 9086)<br>   HAINES & KRIEGER<br>   8985 S. Eastern Avenue, Suite 350<br>   Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff Dawn Mintun* |

**IT IS SO ORDERED.**

Dated this 19 day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE