# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br>     Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>     Defendants. | Case No.: 2:19-cv-00033-JAD-NJK<br>**ORDER**<br>[Docket No. 98] |

Pending before the Court is Plaintiff Dawn Mintun's motion requesting an extension to respond to George Haines' motion to withdraw as attorney. Docket No. 98. The Court has considered Plaintiff's motion and Defendant Experian Information Solutions, Inc.'s response Docket Nos. 98, 100. The motion is properly resolved without a hearing. *See* LR 78-1.

For good cause shown, Plaintiff's motion is hereby **GRANTED**. Docket No. 98. Plaintiff must file a response to Mr. Haines' motion to withdraw as attorney no later than January 13, 2021.

IT IS SO ORDERED.

Dated: January 4, 2021

                                                                                      _____
                                                                                      Nancy J. Koppe
                                                                                      United States Magistrate Judge

1