Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN MINTUN,<br><br>             Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S MOTION FOR SUMMARY JUDGMENT, AND FOR EXPERIAN TO FILE A REPLY IN SUPPORT OF THE SAME**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed:  January 4, 2019<br>[ECF No. 109] |

Plaintiff Dawn Mintun ("Plaintiff"), by and through her counsel of record, and Defendant Experian Information Solutions, Inc., ("Experian") have agreed and stipulated to the following:

1. On May 24, 2021, Defendant Experian filed a Motion for Summary Judgment [ECF Dkt. 106].

2. Plaintiff's Response is due June 14, 2021.

3. Plaintiff and Experian have agreed to extend Plaintiff's response fourteen (14) days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, as well as to facilitate pre-planned vacation arrangements.  The parties have also agreed that, for similar reasons, Experian's deadline to file its reply in support should be extended for fourteen days.

4. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to plead or otherwise respond to Experian's Motion for Summary Judgment until **June 28, 2021** and to extend the date for Experian to file their Reply until **July 26, 2021**.

5. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated June 7, 2021

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>*Counsel for Plaintiff* | Jennifer L. Braster, Esq., SBN 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br><br>**JONES DAY**<br>Cheryl L. O'Connor, Esq., SBN 14745<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: coconnor@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF**
**TO RESPOND TO EXPERIAN'S MOTION FOR SUMMARY JUDGMENT**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: June 14, 2021

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2