1  Cheryl L. O'Connor
   Nevada Bar No. 14745
2  coconnor@jonesday.com
   JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, CA  92612.4408
4  Telephone:   (949) 851-3939
   Facsimile:    (949) 553-7539
5
   Jennifer L. Braster
6  Nevada Bar No. 9982
   NAYLOR & BRASTER
7  1050 Indigo Drive, Suite 200
   Las Vegas, NV  89145
8  Telephone:  (702) 420-7000
   Facsimile:  (702) 420-7001
9  jbraster@nblawnv.com
   asharples@nblawnv.com
10
   *Attorneys for Defendant*
11 *Experian Information Solutions, Inc*.

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14

15 DAWN MINTUN,                              Case No. 2:19-cv-00033-JAD-NJK

16           Plaintiff,                       **STIPULATION AND ORDER TO EXTEND
                                              DATE FOR EXPERIAN TO FILE A REPLY
17      v.                                    BRIEF IN SUPPORT OF ITS MOTION FOR
                                              SUMMARY JUDGMENT**
18 EXPERIAN INFORMATION SOLUTIONS,
   INC.,                                      **[SECOND REQUEST]**
19
           Defendant.                         Complaint filed: January 4, 2019
20                                            FAC filed: March 12, 2019
                                              SAC filed: May 4, 2020
21                                            Counterclaim filed: May 18, 2020

22 EXPERIAN INFORMATION SOLUTIONS,
   INC.,
23
           Counterclaimant,                             ECF No. 112
24
   v.
25
   DAWN MINTUN,
26
           Counterclaimant/Defendant.
27

28

                                       1

1       Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Dawn Mintun

2 ("Plaintiff") by and through her counsel of record have agreed and stipulated to the following:

3       1. On May 24, 2021 Experian filed a Motion for Summary Judgment.  (ECF Dkt. 106).

4       2. Pursuant to a prior stipulation and extension granted by the Court, Plaintiff filed her

5 response on June 28, 2021.  (ECF Dkt. 111).

6       3. Experian's reply is currently due on July 26, 2021.  (*See* ECF Dkt. 109).

7       4. Plaintiff and Experian have recently entered into promising settlement negotiations, and

8 wish to complete those negotiations prior to expending further resources briefing the motion for

9 summary judgment, and prior to the Court expending any resources evaluating the motion.

10       5. As a result, both Plaintiff and Experian hereby request that this Court further extend the

11 date for Experian to file its reply brief in support of the motion for summary judgment by thirty

12 (30) days, namely, to August 25, 2021.

13       5. This stipulation is made in good faith, is not interposed for delay, and is not filed for an

14 improper purpose.

15       **IT IS SO STIPULATED.**

16       Dated:  **July 21, 2021**

17 **KNEPPER & CLARK LLC**            **NAYLOR & BRASTER**

18

19 /s/ *Miles N. Clark*                /s/ *Jennifer L. Braster*

20 Matthew I. Knepper, Esq.           Jennifer L. Braster
Nevada Bar No. 12796             Nevada Bar No. 9982

21 Miles N. Clark, Esq.               1050 Indigo Drive, Suite 200
Nevada Bar No. 13848             Las Vegas, NV 89145

22 5510 So. Fort Apache Rd, Suite 30     Email: jbraster@nblawnv.com
Las Vegas, NV 89148

23 Email: matthew.knepper@knepperclark.com   **JONES DAY**
Email: miles.clark@knepperclark.com      Cheryl L. O'Connor, Esq., SBN 14745

24                            3161 Michelson Drive
*Attorneys for Plaintiff*            Irvine, CA 92612

25 *Dawn Mintun*                  Email: coconnor@jonesday.com

26                          *Attorneys for Defendant*
                         *Experian Information Solutions, Inc.*

27       **IT IS SO ORDERED.**

28                          _____
                         U.S. District Judge Jennifer A. Dorsey
                         Dated: July 22, 2021