Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN MINTUN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR EXPERIAN TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**[THIRD REQUEST]**<br><br>Complaint filed: January 4, 2019<br>FAC filed: March 12, 2019<br>SAC filed: May 4, 2020<br>Counterclaim filed: May 18, 2020 |
| EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>DAWN MINTUN,<br><br>　　　　　Counterclaimant/Defendant. | [ECF No. 114] |

1

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Dawn Mintun ("Plaintiff") by and through her counsel of record have agreed and stipulated to the following:

1. On May 24, 2021 Experian filed a Motion for Summary Judgment. (ECF No. 106).

2. Pursuant to a prior stipulation and extension granted by the Court, Plaintiff filed her response on June 28, 2021.  (ECF No. 111).

3. Thereafter, the parties entered into another stipulation in light of ongoing settlement discussions, making Experian's reply brief due August 25, 2021. (ECF No. 113).

4.  Plaintiff and Experian have continued to engage in promising settlement discussions and wish to complete those negotiations prior to expending further resources briefing the motion for summary judgment, and prior to the Court expending any resources evaluating the motion.

5. As a result, both Plaintiff and Experian hereby request that this Court further extend the date for Experian to file its reply brief in support of the motion for summary judgment by thirty (30) days, namely, to September 24, 2021.

5. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**

Dated: August 13, 2021

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> *Attorneys for Plaintiff* <br> *Dawn Mintun* | */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br><br> **JONES DAY** <br> Cheryl L. O'Connor, Esq., SBN 14745 <br> 3161 Michelson Drive <br> Irvine, CA 92612 <br> Email: coconnor@jonesday.com <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |

# ORDER GRANTING

## STIPULATION TO EXTEND TIME FOR DEFENDANT

## TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Based on the stipulation of the parties and good cause appearing, IT IS HERBY ORDERED that the parties' stipulation **[ECF No. 114] is GRANTED.** The deadline for Experian to file its reply in support of its summary-judgment motion is EXTENDED to September 24, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2021