Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN MINTUN,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Counterclaimant,<br><br>v.<br><br>DAWN MINTUN,<br><br>        Counterclaimant/Defendant. | Case No. 2:19-cv-00033-JAD-NJK<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** |

On August 26, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days. (ECF No. 116). The parties have finalized the settlement documents and are now obtaining all necessary signatures, which has been somewhat delayed due to COVID, and respectfully request an additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 25th day of October 2021.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff* |

## ORDER

**Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion [ECF No. 119] is GRANTED. The deadline to submit the stipulated dismissal is 12/25/2021.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED  11-5-2021**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 25th day of October 2021, I caused the document **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** to be served through the Court's CM/ECF system to those persons designated by the parties as receiving service.

/s/ Amy Reams
An Employee of NAYLOR & BRASTER